IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| JOY MONFRIED | * | |
| Plaintiff. | * | |
| vs. | * | Case No. 2:16-cv-12170BAF-EAS |
| SIGMA FINANCIAL CORPORATION;<br>JEROME S. RYDELL | * | |
| Defendants. | * | |

******

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulates that all claims of Plaintiff, Joy Monfried, against Defendants Sigma Financial Corporation and Jerome S. Rydell shall be dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: May 16, 2017

| | |
|---|---|
| */s/Marc Fitapelli/s/* | */s/Janine M. Lucas/s/* |
| Fitapelli Kurta | Saretsky Hart Michaels & Gould PC |
| 28 Liberty Street, 30th Floor | 995 South Eton Street |
| New York, New York 10005 | Birmingham, Michigan 48009 |
| Tel: 212-658-1501 | Tel: 248-502-3300 |
| Fax: 855-348-2735 | Fax: 248-502-3301 |
| Email: mfitapelli@fkesq.com | Email: jlucas@saretsky.com |
| Attorneys for Plaintiff | Attorneys for Defendants |